[No. 22159-8-III. Division Three. November 18, 2004.]

THE CITY OF MOSES LAKE, *Appellant*, v. JIM SALINAS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-2-00655-4, John M. Antosz, J., entered May 16, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 22292-6-III. Division Three. November 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH A. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00147-1, Robert L. Zagelow, J., entered August 4, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 51695-7-I. Division One. November 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER DEAN SHILLINGLAW, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-01114-9, James H. Allendoerfer, J., entered December 16, 2002. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Ellington, A.C.J., and Agid, J.

[No. 51991-3-I. Division One. November 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY ALAN VRIELING, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-00248-2, Steven J. Mura, J., entered March 5, 2003. *Affirmed* by unpublished per curiam opinion.